THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **ROBERT ADKISON, JR.,** : | |
| Plaintiff, : | |
| : | Civil Action |
| v. : | No. 5:09-cv-263 (CAR) |
| **BRIAN OWENS, ALAN ADAMS, DR. GOEL,** : | |
| **HALE BURNSIDE, CALVIN RAMSEY, and** : | |
| **GEORGIA DEPT. OF CORRECTIONS,** : | |
| Defendants. : | |

**ORDER ON RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 10] that the Court dismiss Plaintiff's claims against Defendants GEORGIA DEPARTMENT OF CORRECTIONS, BRIAN OWENS, ALAN ADAMS, and CALVIN RAMSEY. Plaintiff has filed no objection to the Recommendation. Upon review of the Recommendation and the record in this case, the Court agrees with the conclusions of the United States Magistrate Judge, and the Recommendation is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**. In accordance with that Recommendation, the above-named Defendants are hereby **DISMISSED** as parties in this case. The remaining Defendants, Dr. Goel and Hale Burnside will remain in the case.

It is SO ORDERED this 13th day of November, 2009.

                                                    S/ C. Ashley Royal
                                                  C. ASHLEY ROYAL, JUDGE
                                                  UNITED STATES DISTRICT COURT

SSH