IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROBERT ADKISON, JR., <br><br> Plaintiff <br><br> VS. <br><br> HALE BURNSIDE, *et al.,* <br><br> Defendants | NO.  5:09-CV-263 (CAR) <br><br><br> **PROCEEDINGS UNDER 42 U.S.C. §1983** <br> **BEFORE THE U. S. MAGISTRATE JUDGE** |

# ORDER TO RESPOND

Defendant Hale Burnside has filed a motion seeking dismissal of the above-captioned §1983 action asserting that plaintiff Robert Adkison has, *inter alia*, failed to state a claim for which relief can be granted.  Tab #18.  Since plaintiff Adkison is proceeding *pro se*, the court deems it appropriate and necessary to advise him of his obligation to respond to this motion and of the consequences which he may suffer if he fails to do so.

**Plaintiff is advised:**

(1)  that a **MOTION TO DISMISS** has been filed herein on behalf of the defendants;

(2)  that he has the right to oppose the granting of said motion; and,

(3)  that if he fails to oppose said motion, his complaint may be DISMISSED.

Plaintiff Adkison is further advised that under the procedures and policies of this court, MOTIONS TO DISMISS are normally decided on briefs.  The court considers the pleadings and briefs filed by the parties in deciding whether DISMISSAL is appropriate under the law.

**FAILURE OF THE PLAINTIFF HEREIN TO RESPOND TO THE MOTION TO DISMISS MAY RESULT IN THE GRANTING OF SAID MOTION.**  Upon the recommendation of the magistrate judge, the district judge could then grant the motion to dismiss.  There would be no trial or any further proceedings!

Accordingly, plaintiff is **ORDERED AND DIRECTED** to file a response to said MOTION TO DISMISS **ON OR BEFORE FRIDAY, DECEMBER 11, 2009**.  Thereafter, the court will consider the motion and any opposition to the same filed by the plaintiff.  If no response is submitted by plaintiff, the court will consider said motion to be uncontested.

Also before the court are the defendant's motions seeking a protective order and a stay of the proceedings.  Tab #18.  In these motions, the defendant specifically request that discovery be stayed pending resolution of their motion seeking dismissal.  Having carefully read and considered this motion, and in order to avoid any unnecessary costs and burdens associated with further litigation, the motion is GRANTED, but only to the extent that **discovery** shall be STAYED until the court has made a ruling on the instant MOTION TO DISMISS.

The Clerk is directed to serve plaintiff at the last address provided by him.

**SO ORDERED**, this 19th day of NOVEMBER, 2009.



s/ *Claude W. Hicks, Jr.*
CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE